UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| V. | ) | No. 14-CR-10143-WGY |
| | ) | |
| JOSHUA WAIRI | ) | |
| | ) | |

**DEFENDANT'S ASSENTED-TO MOTION FOR EXCEPTION TO PROTECTIVE ORDER**

The defendant moves that the Protective Order covering the discovery in this case permit an exception to be made regarding the audio of a video exhibit (Exhibit No. 24). Counsel for the defendant needs to review this audio with the defendant. All other provisions of the Protective Order will apply to this audio. The United States assents to this motion.

Joshua Wairi,
By His Attorneys

*J. W. Carney, Jr.*

J. W. Carney, Jr.
B.B.O. # 074760
Carney & Associates
20 Park Plaza, Suite 1405
Boston, MA 02116
(617) 933- 0350
Jcarney@carneydefense.com

April 24, 2015

1

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES ) | |
| ) | |
| V. ) | No. 14-CR-10143-WGY |
| ) | |
| JOSHUA WAIRI ) | |

## AFFIDAVIT SUPPORTING
## DEFENDANT'S ASSENTED-TO MOTION FOR EXCEPTION TO PROTECTIVE ORDER

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

April 24, 2015

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*/s/ J. W. Carney, Jr.*

J. W. Carney, Jr.