
Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Josh Adam Wairi     **Case Number:** 0101 1:14CR10143-001-WGY

**Name of Sentencing Judicial Officer:** The Honorable William G. Young, Senior U.S. District Judge

**Date of Original Sentence:** September 14, 2015

**Original Offense:** Count 1s: Transportation of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(1) and Count 5s: Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B)

**Original Sentence:** 144 months of custody followed by 96 months of supervised release

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** October 23, 2024

---

## NON-COMPLIANCE SUMMARY

**Violation Number**     **Nature of Noncompliance**
I.                       **Violation of Mandatory Condition #2:** The defendant shall not commit another federal, state, or local crime.

On February 6, 2025, The Somerville Police Department reported to Mr. Wairi's residence regarding Mr. Wairi's failure to register as a sex offender. Upon learning this information Mr. Wairi reported to this writer and reported to the Somerville Police Department and registered as required. The Police Department reported Mr. Wairi would be summonsed to Somerville District Court for this matter.

On February 10, 2025, this writer received a phone call from Massachusetts State Police Trooper Nick Neczypyr reporting there was a warrant for Mr. Wairi's arrest. This writer explained the situation and that Mr. Wairi did register on February 6, 2025.

U.S. Probation Officer Action:

Upon learning about the new state charge and associated warrant, this officer advised Mr. Wairi of the situation and directed him to report to the Somerville District Court to resolve the outstanding warrant. Mr. Wairi thanked this officer for the notification and indicated he would follow through with this officer's directive. Mr. Wairi stated that he thought he had fulfilled his sex offender registration requirement and was confused about the warrant as Somerville Police Department reported it would be a summons.

On February 10, 2025, Mr. Wairi reported to Somerville District Court and appeared for his arraignment. The district court removed the warrant and set the next hearing date for March 28, 2025. Mr. Wairi was released on personal recognizance. This officer advised Mr. Wairi to attend the scheduled state court hearings while ensuring that he adheres to his sex offender registration requirements. Notably, this officer consulted with the Massachusetts Sex Offender Registry Board staff and confirmed that Mr. Wairi's registration is updated and active. This officer advised Mr. Wairi that the Court would receive notification of the noted non-compliance.

At this time, the probation office is not recommending any further action. We request that the state court be allowed to address the new charge. Once the state court makes a determination, we will notify the Court and

Prob 12A                                -2-                    Report on Offender Under Supervision

provide a recommendation. The Probation Department is hopeful that Mr. Wairi can demonstrate a commitment to adhering to all the conditions imposed by the Court. He has been advised that further non-compliance will likely result in a return to Court and a recommendation for a more punitive sanction.

Reviewed/Approved by:                                    Respectfully submitted,

*/s/ Amanda J. Pawlowski*                                */s/ Kylie Fucci*
Amanda J. Pawlowski                                      by Kylie Fucci
Supervisory U.S. Probation Officer                       U.S. Probation Officer
                                                         Date: 2/28/2025

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ✓ ]  Approved
[   ]  Submit a Request for Modifying the Conditions or Term of Supervision
[   ]  Submit a Request for Warrant or Summons
[   ]  Other

*William A. Young*
The Honorable William G. Young
Senior U.S. District Judge

March 3, 2025
Date